# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE LEE PARKS, JR., <br><br> Petitioner, <br><br> v. <br><br> ROBERT FOX, <br><br> Respondent. | Case No. 1:16-cv-00094-LJO-EPG-HC <br><br> ORDER DENYING PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY AS MOOT <br><br> (ECF No. 13) |

Petitioner is a state prisoner who proceeded pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 13, 2016, the Court adopted the Magistrate Judge's Findings and Recommendation and dismissed the petition as successive. (ECF No. 12).

On July 8, 2016, Petitioner filed the instant motion for a certificate of appealability. (ECF No. 13). In the May 13, 2016 order dismissing the petition, the Court found that "reasonable jurists would not find the Court's determination that Petitioner's federal habeas corpus petition should be dismissed debatable or wrong, or that Petitioner should be allowed to proceed further" and declined to issue a certificate of appealability. (ECF No. 12 at 2–3).

///

///

///

///

1    Given that the Court previously declined to issue a certificate of appealability in the final
2 order dated May 13, 2016, the instant motion for a certificate of appealability is DENIED as
3 MOOT.

IT IS SO ORDERED.

5    Dated:   **July 22, 2016**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES CHIEF DISTRICT JUDGE